IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bonnie Allen,                                                                  Case No. 3:09CV271

        Plaintiff(s)

   v.                                                                                          ORDER

HSBC Mortgage Services Inc. et al,

        Defendant(s)

For good cause having been shown, it is hereby

ORDERED THAT a continuance is granted in the briefing schedule concerning defendants' motion to dismiss. Opposition is due May 1, 2009; reply is due May 15, 2009.

So ordered.

                                                                                          /s/ James G. Carr
                                                                                         James G. Carr
                                                                                         Chief Judge